Priority
Send
Enter
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO ADONAY FLAMENCO-SANDOVAL, | Case No. CV 09-8915-RGK (JEM) |
| Petitioner, | **JUDGMENT** |
| v. | |
| LINDA SANDERS, et al., | |
| Respondents. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: SEP 29 2010

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE